**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARICELA ARCEO-GARCIA, | No. 09-73992 |
| Petitioner, | Agency No. A070-969-814 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 15, 2011[**]

Before:      CANBY, O'SCANNLAIN, and FISHER, Circuit Judges.

Maricela Arceo-Garcia, a native and citizen of Mexico, petitions for review

of the Board of Immigration Appeals' order summarily affirming an immigration

judge's decision denying her motion to reopen. We have jurisdiction under

8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

reopen, *Iturribarria v. INS*, 321 F.3d 889, 894 (9th Cir. 2003), and we deny the petition for review.

The agency did not abuse its discretion by denying Arceo-Garcia's motion to reopen as untimely because it was filed over 13 years after the agency's final order of removal, *see* 8 U.S.C. § 1229a(c)(7), and Arceo-Garcia failed to establish the due diligence required for equitable tolling, *see Iturribarria*, 321 F.3d at 897; *Singh v. Gonzales*, 491 F.3d 1090, 1095-97 (9th Cir. 2007).

**PETITION FOR REVIEW DENIED**.